RECEIVED
IN LAKE CHARLES, LA.
JUL 24 2014
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOHNNY E. HICKS** | * | CIVIL ACTION NO. 2:12-CV-3109 |
| Petitioner | * | |
| V. | * | SECTION P |
| **JOSEPH YOUNG** | * | JUDGE PATRICIA MINALDI |
| Respondent | * | |
| | * | MAG. JUDGE KATHLEEN KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 4] of the Magistrate Judge previously filed herein, as augmented and amended in the accompanying memorandum ruling, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's petition for *habeas corpus* be and hereby is **DENIED**, and the above captioned matter be and hereby is **DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this **25** day of **July**, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE